**D. B. Bentley, appellee, v. L. J. Lippert, appellant. Gen. No. 37,016.**

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.

George C. Bliss, for appellant. John A. Bloomingston, for appellee. Mr. Justice Hall delivered the opinion of the court.

**State Bank of West Pullman, defendant in error, v. John J. Piech, plaintiff in error. Gen. No. 37,019.**

Opinion filed October 24, 1934.

Novak, Turek & Vogel, for plaintiff in error. Mayer, Meyer, Austrian & Platt, for defendant in error.

Mr. Justice Hall delivered the opinion of the court.

**Hunter Packing Company, appellee, v. North Western Packing Company, appellant. Gen. No. 37,028.**

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.

Cohen, Tomas & Cohen, for appellant; George B. Cohen, of counsel. C. Lysle Smith and Sanders, Childs, Bobb & Wescott, for appellee; William L. Bourland, of counsel.

Mr. Justice Hall delivered the opinion of the court.

**Edward Menkin, appellee, v. Muriel Connelly and Herman F. Winkelman, defendants, on appeal of Herman F. Winkelman, appellant. Gen. No. 37,069.**

Opinion filed October 24, 1934.

David Lipman, for appellant. R. B. Salmon, for appellee. Edward Menkin, *pro se*.

Mr. Justice Hall delivered the opinion of the court.